# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

NO. 03-25-00369-CV
NO. 03-25-00546-CV

---

**City of Taylor, Texas; Mayor Dwayne Ariola, in his Official Capacity; Council Members Gerald Anderson, Shelli Cobb, Kelly Cmerek, Robert Garcia, in their Official Capacities; and City Manager Bryan Laborde, in his Official Capacity, Appellants**

**v.**

**Robert Marek; Cherie Turner Marek; Julius A. Wolbrueck; Roxana Thomas Wolbrueck; Michael F. Herzog, Jr.; Laurel T. Herzog; Glen R. Polasek; Joan P. Polasek; Duane D. Stoll; Sandra G. Stoll; Cecilia Ida Hannan as Trustee of The Cecilia Ida Hannan Trust; Loren Hengst; Kathleen Hengst; Erwin Hengst; and Sara Hengst, Appellees**

---

**FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY, NO. 24-0447-C425, THE HONORABLE BETSY F. LAMBETH, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellants have filed an unopposed motion to abate these appeals while the parties engage in settlement negotiations. We grant the motion and abate these appeals until further order of this Court. The parties shall submit a motion to dismiss the appeals, a motion to reinstate the appeals, or a status report on the settlement process accompanied by a motion to extend the abatement on or before October 20, 2025.

Before Justices Triana, Kelly, and Theofanis

Abated

Filed: August 20, 2025